PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLEMENT HILL, <br><br> Defendant. | Case No. 1:23-po-00023-SAB <br><br> [Citation #E1762503 CA/51] <br><br><br> MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:23-po-00023-SAB [Citation #E1762503 CA/51] against CLEMENT HILL, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 13, 2023                    Respectfully submitted,

                                                                 PHILLIP A. TALBERT
                                                                 United States Attorney

                                             By:    /s/ *Chan Hee Chu*
                                                        CHAN HEE CHU
                                                        Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:23-po-00023-SAB [Citation #E1762503 CA/51] against CLEMENT HILL be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**February 13, 2023**__

UNITED STATES MAGISTRATE JUDGE